*Tuesday, April 17, 2001*

## MOTION DOCKET

01–431.  **Byrd v. Krippel.**
Franklin App. No. 00AP–1006. This cause came on for further consideration upon appellant's motion for stay and motion for reconsideration of the April 4, 2001 entry dismissing this appeal for appellant's failure to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay and motion for reconsideration be, and hereby are, denied.